UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                                  CASE NO. 8:23-cr-453-KKM-TGW

CALEB BELANGER,

        Defendant.
_____/

## DEFENDANT CALEB BELANGER'S SENTENCING MEMORANDUM, MOTION FOR DOWNWARD VARIANCE, AND INCORPORATED MEMORANDUM OF LAW

    The Defendant, Caleb Belanger, files this Sentencing Memorandum, Motion for Downward Variance, and Incorporated Memorandum of Law, and requests a sentence of ten years in prison, and states as follows:

### Sentencing Guidelines and Statutory Sentencing Provisions

    The Pre-Sentence Report correctly calculates a Total Offense Level of 38 and a Criminal History Category I, which corresponds to a guidelines range of 235-293 months in prison.

    As to Count Two, Mr. Belanger is subject to a ten-year mandatory minimum prison sentence and a minimum term of supervised release of five years. 18 U.S.C. §§ 2244(b), 3583(k). As to Count Five, there is no minimum mandatory sentence and the maximum sentence allowed is ten years in prison. 18 U.S.C. § 2252(a)(4)(B).

1

**Pending PSR Objections**

There are no pending objections to the Pre-Sentence Report. However, Mr. Belanger does note in his PSR objections that he is indigent for purposes of the enhanced special assessments and restitution discussed in Paragraphs 77-78 of the PSR. Although Mr. Belanger is not represented by appointed counsel, undersigned counsel was retained by his family and Mr. Belanger himself has been incarcerated for quite some time and has no assets or prospects for future income.

**Application of the § 3553(a) Sentencing Factors**

The Court is fully aware of the applicable sentencing factors and its sentencing discretion, so counsel will not waste the Court's time setting forth the factors or the law in that area. Instead, this memorandum will discuss the factors most important and applicable to Mr. Belanger's case and which justify a sentence of ten years in prison.

1. <u>The Nature and Circumstances of the Offense</u>

The nature of the offense is serious in and of itself. Mr. Belanger admits to providing money or contraband to teenaged girls to prompt them to send him sexually explicit photographs and videos. Mr. Belanger makes no excuse for that behavior and accepts full responsibility.

It is, however, important for the Court to also consider what Mr. Belanger's offense <u>does not</u> entail. Mr. Belanger did not sell, trade, or in any way share the

materials sent by the victims, as many do. Mr. Belanger did not attempt to threaten or extort the victims, as some in his position have done. Aside from kissing one girl through a car window, there is no evidence that Mr. Belanger seriously solicited in-person sexual activity from any minors or engaged in any in-person sexual behavior with any minors. Mr. Belanger does not deserve praise for that lack of worse behavior, but certainly the Court can recognize that the nature of this offense is less serious in some ways than similar offenses by other, more abusive and evil defendants.

    2.  <u>The History and Characteristics of Mr. Belanger</u>

Caleb Belanger is just 25 years old. He was an eagerly anticipated child after four years of infertility and was raised by his parents, Paul and Melissa Belanger. Melissa Belanger took one year off from her position of employment as a first grade teacher so that she could remain home with her son. Mr. Belanger had a great childhood and his parents provided a home filled with love and guidance. As a young child Mr. Belanger displayed signs of being a good athlete. His father recalls his son being able to dribble a soccer ball and a basketball by the age of three. He remembers Mr. Belanger was able to identify colors and speak before the age of two.

Melissa Belanger resigned from teaching when Mr. Belanger's sister was born. Melissa devoted her whole life to raising her children. It was apparent that Mr.

Belanger had ADHD at a young age, but his parents didn't want him labeled or on medication, so he was never formally tested. At the age five his parents had his IQ tested. It was 137. Paul and Melissa decided that they would homeschool their children. Mr. Belanger did attend the local public school once a week to receive instruction in the gifted program.

Paul Belanger got his son involved in sports at a young age. His father coached almost all his sports teams until he was fourteen years old. Mr. Belanger enjoyed being home-schooled by his parents but at times begged them to allow him to attend school with his peers.

During his school years, Mr. Belanger learned quickly, and according to his father he was a math and spelling genius. Mr. Belanger didn't like to read, but his parents highly encouraged him by checking out books at the local library or buying books that interested him. His parents wanted him to be well rounded in sports. He played baseball, basketball, flag football, and soccer. He also took two years of gymnastics and really enjoyed ice skating lessons. By eleven years old Mr. Belanger really wanted to play only baseball, so his parents allowed him to do so. He became a very skilled pitcher. He played for Largo Little League, dual enrolled to play for the Indian Rocks Christian School middle school team, and eventually made a travel baseball team for ages twelve and thirteen.

By seventh grade Mr. Belanger didn't want to be home schooled anymore. His parents put him in a hybrid private school named Veritas Academy where he was in class three days a week and home schooled two days a week. He made straight A's and made a lot of friends. He was always friendly and outgoing. Mr. Belanger would describe himself as a very social child who enjoyed spending time with his friends so the transition from being home schooled to a student in school was relatively easy. In his freshman and sophomore years Mr. Belanger attended Indian Rocks Christian School where he competed in baseball, bowling, and basketball.

When Mr. Belanger was fourteen, his parents became foster parents. Melissa Belanger would say that "Caleb was the most amazing big brother. He agreed to share his room when his sister refused to share hers. He played with them. Cried when they left forever, and started to think he would be an amazing father one day. That same year we accepted placement of a little baby boy that would one day be his brother. He was the most amazing brother to him."

Baseball became Mr. Belanger's life and even though he enjoyed being coached by his father, the two of them began to butt heads sometimes on the field. Mr. Belanger understood that his father was participating as a coach because he loved him. Mr. Belanger was an all-star player every year and he was a standout player in his first two years of high school. Soon his baseball career came crashing

down. He was a pitcher, and he began to have shoulder problems in high school. It started with his shoulder becoming dislocated multiple times and eventually his shoulder completely "blew out". He suffered a torn labrum that required him to have surgery in 2014.

Mr. Belanger was in rehab and recovery for almost one year after his surgery. He was able to return as a pitcher, but he quickly dislocated his shoulder again and tore the same area as before. He was never the same after the second shoulder injury. According to Mr. Belanger, being a pitcher and playing baseball was his entire existence and when he could no longer pitch, he was devastated. Baseball was his one true love and knowing that his career as a star player was over made him slip into a deep depression. He cried many times and that he has never been truly happy since baseball was taken away from him. Baseball was giving his life meaning and a focus. Mr. Belanger didn't initially tell his family or friends how upset he was after suffering the second shoulder injury. He continued to play baseball, but no longer as a star pitcher. He was now a role player.

Mr. Belanger's loss of a promising pitching career affected his mindset and behavior at school. He changed roles in his life from the star pitcher to the class clown. This did not go well with the faculty at his high school and he was expelled from school halfway through his junior year. Mr. Belanger transferred to Largo High School to finish his junior and senior year. He continued to play baseball and

he also participated on the school bowling team. In retrospect Mr. Belanger and his parents believe the second shoulder injury was a turning point in his life. Baseball had been his identity, and without it he seemed lost.

Despite his injuries and disciplinary issues Mr. Belanger did well in school and he graduated from Largo High School in 2017 *cum laude*. He received an academic scholarship to USF where he majored in Business Marketing. Mr. Belanger's parents and grandparents assisted with his tuition payments for the first four years that he was in college. Mr. Belanger had not graduated from USF after four years. However, he continued to take classes and also obtained a full time job.

Eventually, Mr. Belanger's grades started slipping so he withdrew from college just a few credits shy of graduating. He continued to work full time as a bar-back with a plan to go back to finish college at some point.

Alcohol and drugs during late high school and college changed the course of his life trajectory. Prior to graduating high school Mr. Belanger had begun to experiment with drugs and alcohol. It was a way to cope with not being able to perform at the level he once had in baseball. Drugs and alcohol numbed the depression he was feeling after his second shoulder injury.

Mr. Belanger frequently smoked marijuana and started to take Xanax. He was snorting it and mixing it with marijuana cigars that he would smoke. He combined his drug use with excessive alcohol consumption, taking mushrooms and

7

experimenting with acid. After graduation from high school and into his college years Mr. Belanger continued to take drugs and drink. It got worse in college. There were two incidents in the fall of 2017 that had a big effect on him.

Mr. Belanger had two "nightmare" acid trips while living in the dorms at USF. The incidents happened three days apart from each other. He had to call his father to come and pick him up after the second acid trip. He told his father that he was cursed, and he thought that he was going to die. It was a terrible incident that "messed his head up." After the two incidents experimenting with acid in the fall of 2017, when he would smoke marijuana he would have flashbacks to the events when he was on the acid trips. Mr. Belanger decided to stop smoking marijuana and began to consume even more alcohol daily. And he tried cocaine for the first time. Prior to his experimentations with acid he had no known mental health issues, but since the incidents he has experienced anxiety and depression. He has never been diagnosed or prescribed medication for depression and anxiety but he knows that he is affected by these afflictions. He continues to battle anxiety and depression. Cocaine and alcohol helped temporarily but his long-term mental health and addiction issues are something that he wants to address. Honesty is a trait that Caleb's parents instilled in him since he was a young child. The aforementioned issues are not something that Caleb is proud of, but he feels that are important tell

the Court how he got here. It was during these dark days of alcohol and drug abuse that he committed the offenses at issue in this case.

Despite his underlying addiction and mental health issues, Mr. Belanger has had a positive impact on the local community. He has always been active in the church. For three years he worked in the volunteer bible study program at his church. He was a recreation instructor, and he went on a mission with his high school baseball team to the Dominican Republic where he and his teammates helped the community by painting schools, playing baseball with the local teams, and conducted church activities. In the summer of 2015, Mr. Belanger was involved in a local beach clean-up program and he volunteered at the physical therapy center where he was a patient himself after his second shoulder surgery.

As a young adult, Mr. Belanger assisted his father as a little league baseball coach for Largo Little League. He played for Largo Little League for three years and he and his family have strong ties to the program. Mr. Belanger assisted in coaching his little brother's baseball teams in the past. The family adopted him when he was six months old. Mr. Belanger describes his brother as a best friend and has adored him since he was a baby. The child's biological mother got custody of the child when he was two, but she got into trouble so Paul and Melissa Belanger officially adopted the child shortly after regaining custody.

Mr. Belanger stated that he has taught his little brother everything that he knows about baseball and fishing. He tried to act as a third parent to his little brother and the two have an unbreakable bond. Many of the letters being submitted to the Court recognize what an amazing big brother Mr. Belanger has been to this child.

Mr. Belanger still has a loving and close relationship with his mother and father. Since he was home schooled by his mother until his early teenage years and because of this he feels a close and deep bond with his mother. Melissa Belanger was a part of Mr. Belanger and his sister's lives since they were born. She was the primary home care giver to her children and Mr. Belanger is forever grateful for the love and guidance that his mother has provided him in his life.

Mr. Belanger and his father have a close but rocky relationship at times. Paul Belanger passed up a job promotion to be able to coach Mr. Belanger in baseball when he was a young boy. His father was tough on him when he was young, but the two have developed a close and unbreakable bond over the years. Mr. Belanger feels that his father would do anything for him. Paul Belanger is the first person that he would call for advice, help, and to just talk to sometimes. Mr. Belanger loves his father dearly and he looks forward to one day making both his mother and father proud of him.

Mr. Belanger was raised in a Christian home with faith encompassing every area of his life. He was baptized at age thirteen, and since his arrest, immediately

gave his life back to God. Since his incarceration he attends Bible study every day, and he was also playing piano for chapel when he was in the Pinellas County Jail (the program is not available at the Hernando County Jail).

Overall, Mr. Belanger has taken full responsibility for his actions, and he has accepted that there are serious consequences. He has made the best of this situation of his own making, and he plans on accomplishing all good things that he can while he is incarcerated. He hopes to return to the community and to one day become a productive member of society.

For starters, he plans to finish his college degree and hopes to one day teach others how to avoid his own mistakes. He has strengthened his relationship with God and leans on his deep Christian faith for guidance. Mr. Belanger has strong ties to the community and - when given the opportunity to return to society - will have a family there to assist him in achieving success.

Those who know and love Mr. Belanger passionately support him and vouch for his good character. They urge the Court to see that Mr. Belanger is a good man who has made a mistake and hurt others, but who deserves mercy and a second chance in life. Letters in support of Mr. Belanger are attached hereto as Exhibits A-Q. By all accounts, Mr. Belanger is a wonderful member of his family, a true mentor to his little brother, caring friend, and giving stranger. The Court will review these

numerous statements but it's the substance, not the number, of the correspondence that speaks volumes about Mr. Belanger. Statements used to describe him include:

- "quick to smile and lend a helping hand"
- "respectful, kind, and courteous"
- "like a third parent" and "the best brother in the world"
- "extremely respectful and caring"
- "extremely remorseful"
- "one of the sweetest and kindest souls"
- "passionate about his community, his faith, and his family"
- "a good young man that did something stupid"
- "a good Christian influence to his younger brothers and sister"

3. <u>The Need for Punishment, Deterrence, and Rehabilitation</u>

Mr. Belanger does not need a prison sentence to deter him from committing another criminal offense. This was aberrant behavior in a life otherwise free of criminal activity. He is ashamed, embarrassed, and contrite.

Mr. Belanger also does not need prison to rehabilitate himself – he does not need education or job training. He could use drug and alcohol counseling, but after so many years of sobriety in prison he will likely stay sober after a long stretch in prison.

The collateral consequences in this case will be devastating to Mr. Belanger's life. He will be forever a felon, which will make it difficult to find employment, rent an apartment, or gain admission to schools. He will be forever a registered sex offender, which will make it nearly impossible to do any of those things. Where he was one a college student with a promising future, he is now a felon, a sex offender, and lifetime community pariah. Should he have the good fortune to find a mate willing to overlook those things and marry him and have a family, Mr. Belanger will never have a normal life as a father, for he won't be able to participate in kids sports, Halloween, volunteer at school or for field trips, host his children's friends at their house, take his kids to amusement parks, or do so many of the things a father does with his children. He will never coach his son or daughter's little league team, assuming he is lucky enough to have a family after this. This conviction alone will significantly affect Mr. Belanger's every day for the rest of his life.

Punishment is, of course, a purpose of sentencing. And Mr. Belanger deserves punishment for his crime. Being forever branded a felon and sex offender, serving time on probation, and suffering the huge collateral consequences of his actions are punishment in themselves. Adding ten years in prison to those punishments is enough.

### 4. Preventing Unwarranted Sentencing Disparities

The sentencing court should avoid unwarranted sentencing disparities, which means it should avoid sentencing a defendant to more prison time compared to others who commit even more serious offenses. By all accounts, Mr. Belanger did not attempt to meet any child for sexual contact and there is no evidence that Mr. Belanger ever had sexual relations with any minor.

Perversely, had Mr. Belanger sought a minor for sexual activity and followed through with that attempt (what the court typically sees as a sting operation), he would have been convicted of violating 18 U.S.C. § 2422(b). And he would have scored <u>lower</u> under the Sentencing Guidelines than he does for having directed minors to send him photos and videos. Pursuant to USSG § 2G1.3(a)(3), based upon his behavior here, Mr. Belanger would have had a total offense level of only 29, with a range of 87-108 months (which would become a range of 120 months due to a ten-year minimum mandatory). It makes no sense that having teenagers send nude photos and videos would be punished much more harshly than making a genuine attempt to meet a teenager for sex.

### Conclusion

Prison for Mr. Belanger is pure punishment. Being a felon and sex offender for life and serving ten years in prison is punishment enough in this case. For the reasons discussed herein, a downward variance and sentence of ten years in prison is

sufficient but not more than necessary to satisfy the factors set forth at 18 U.S.C. § 3553(a).

                                          Respectfully submitted,

*/s/ Mark P. Rankin*
Mark P. Rankin
Florida Bar No. 0177970
The Law Office of Mark P. Rankin, P.A.
520 2nd Ave. S.
St. Petersburg, FL 33701
Telephone No. (727) 365-1751
Email: mark@rankinlawoffice.com