I am writing to provide a character reference for my nephew, Caleb.

Caleb is one of the warmest and most down-to-earth individuals I know. The saying "to know him is to love him" truly describes him. He is always quick to smile and lend a helping hand, and his demeanor radiates authenticity.

Caleb was a much-wanted baby; his parents tried for several years to conceive. When they finally succeeded, his mother (my sister) drove all the way to my house to share the exciting news in person instead of calling. Caleb was cherished from the moment he was born, growing up surrounded by love. I had the privilege of babysitting him for a year when his mom returned to teaching first grade. Within a few years, his mom would leave her teaching job to homeschool Caleb and his sister and eventually foster and adopt his younger brother.

As Caleb grew up, our families spent a lot of time together at the park, the zoo, his baseball games, Busch Gardens, and holidays and family birthday parties. I have such great memories of us all camping in the Smoky Mountains. Caleb and my daughter, Micaela, would bounce the volleyball back and forth all day.

Family holds a special place in Caleb's heart. During his time living in Tampa, he frequently returned home to take his younger brother, Keyon, to hockey games or fishing trips. Keyon looks up to Caleb as a role model and adores him.

During his first weeks in jail, Caleb's regret for his actions was evident. He called everyone in the family as soon as he could to tell us he loved us. After his first sentencing, when he learned he couldn't get out on bail, his reaction wasn't one of selfishness or anger. Instead, he turned to his grandfather and said, "I love you, Pop Pop," showing gratitude for his grandfather's efforts, even though he himself was shaking in fear.

Caleb immediately returned to his Christian faith and started participating in Bible studies. He organized a chess tournament and made friends immediately.

Most of the challenges Caleb has faced are due to impulsiveness and not considering potential consequences. However, he is quick to seek forgiveness and work to rectify his mistakes. For instance, when he needed money to repay a loan from his mother, he diligently mowed lawns to earn the necessary funds.

Caleb is deeply loved by his family and we are here to support him in any way we can. I can say with confidence that his heart is in the right place. He's a genuinely kind young man who fell into addiction and got in over his head, but I know he is truly sorry for any pain he may have caused and has learned his lesson many times over.

Thank you for considering this character reference for Caleb.

Sincerely,
Traci Pedersen