Character reference for Caleb Belanger.

Date - 07-09-2024

Name - Blake McPherson

Relationship - Best friend

My name is Blake McPherson, I am one of Caleb Belanger's best friends. Im writing this character reference to hopefully shine some light onto the person that I knew & viewed Caleb as. I met Caleb originally back around 2011/2012 when we both played little league baseball together at greater largo little league. We instantly became great friends & started to hang outside of baseball despite going to separate schools. We've made countless memories together ever since. For as long that I've known Caleb he's always been a stand up kinda guy that could approach any stranger and make friends with. Being that Caleb is older than me by a little over a year I always used to look up to him & tell myself that I wanted to be more like him. Whether it was on the field with baseball, being out fishing, making friends with strangers, or constantly showing examples of how to be respectful, kind, and courteous. Hes always been the most loyal friend that I've had. He was 100% a role model in my view while growing up & going through school. Once Caleb had graduated high school he eventually went off for college at USF. It was very weird for me to transition from hanging with someone & seeing them all the time to very minimally. Through his college years we would still hang out, go fishing, go to celebrations/parties amongst our original friend group in Indian rocks but it was never close/near the amount of time we used to spend together. It was just a part of growing up for both of us. But during all that time I never once saw any character change in Caleb. If anything he was showcasing more qualities & good traits than ever. Things I can take and apply to my individual life to better myself & become more successful. Caleb's character is a testament to the kind of person he is. Calebs not only a great person, he's an ever better big brother. Calebs younger brother is a gift from god to Caleb, as Caleb is to Keyon. I have never seen someone so dedicated to being the best role model/big brother as Caleb is to Keyon. The bond those two share is inseparable. As an uncle myself it's very admirable to see how committed he is to his younger brothers success & growth. Caleb's a great man and stands on everything he believes in.

Thank you for taking the time to read this.

- Blake McPherson