04/29/2024

Re: Caleb Belanger DOB 05/28/1999

Judge Thomas Barber

Federal Court, Tampa, FL

Dear Judge Barber,

    I am Melissa Belanger. Caleb Belanger's mother. From the beginning, Caleb has been loved, wanted, and such a gift after four years of infertility. He was an exceptional child. He knew all his letters at one, was reading at four, and was tested at five to have an IQ of 137.

    I left my job as a public-school teacher two years after he was born to stay home with him and his sister. To say that I poured out for my life for my children would be an understatement. Caleb was an intelligent, high-energy child. He was always quick to learn and had an amazing ability to memorize anything. I always knew he had ADHD but didn't want him labeled or medicated. His father and I kept him very busy. He played every sport you could think of since four years old. He could hit a pitched ball at two years old. Baseball became his life. He was an amazing pitcher, and he definitely could have played in college.

    I home schooled Caleb until he was in high school. Then his father and I paid for him to go to Indian Rocks Christian School. Living on one income made that pretty difficult.

    At fifteen, Caleb needed shoulder surgery, and then again at 16. His whole identity had been shattered, but he seemed to handle it pretty well. He started fishing and really excelled at it.

    When Caleb was 14, we became foster parents. Caleb's sister refused to share her room, but Caleb was glad to share. From the beginning he was amazing; chasing down toddlers I couldn't catch, playing ball endlessly with all our boys. He made each one feel important and special.

    On September 26, 2016, we adopted his little brother Keyon. Caleb has always been the big brother every boy would love to have.

    Caleb graduated from high school Cum Laude. His SAT score was high enough to receive The Bright Future Scholarship. He moved into a USF dorm in August 2017. Not only was he an exceptional student, but he was also always so respectful as a child, teenager and adult. As an adult, if I even thought his tone sounded rude, all I had to do was bring it to his attention. He would always quickly apologize. He is my most respectful child.

    No matter how busy he was, or if he had just worked a double, he always came home to see his family whenever he could. He would play ball in the front yard with his brother and foster brothers. He would take Keyon fishing, to the fair, hockey and baseball games whenever he had the chance.

Of course, this arrest has shattered us. What hurts the most is that he can't be there for his little brother. He was always like a third parent for us. Keyon had a lot of trauma and really needs Caleb as a positive role model in his life.

Please take several things into consideration when deciding his prison term. Caleb definitely made some bad decisions. Not that this is an excuse, but studies show that people with ADHD have an emotional age 30% less than their actual age, and one of the last places in the brain to mature, is the prefrontal cortex. I've truly believed that Caleb hadn't matured in his early twenties like we expected him to. A long prison term would not be justice considering his nonviolent history, and his potential to be a productive, high achieving citizen.

His father, extended family and I are already looking into the future to provide him with housing, and just giving him the wrap around support he will need. I was so dismayed to learn the restrictions on sexual offenders' church attendance. Caleb grew up in church, and my parents and I were even his Sunday School teachers one year. I'm very excited to say that I am starting a home church with my family, so it will be well established for him when he is released. I know he was playing the piano for chapel in the Pinellas County Jail. His faith is very important to him and has grown much stronger since his incarceration. I can't wait to worship with my son and hear him play piano, again.

Sincerely yours,

Melissa Belanger

1251 Bayview Drive

Clearwater, FL 33756

727-212-7011