May 7, 2024

Your Honor,

I am Caleb Belanger's aunt. His father is my only sibling and I have been in his life since the day he was born.  Our families have grown up together and see each other monthly.  My mother, his grandmother, is still able to host weekends where we all get together over a shared meal, swimming in her pool or going down the street to the neighborhood park.  Caleb can always be found playing football, baseball, basketball, cards and outside activities with his younger adopted brother, the foster children his parents have, and my young grandsons. Every birthday, holiday and numerous vacations finds everyone celebrating together, making lasting memories and reinforcing the value of family.

Caleb was successfully homeschooled, obtained good grades, took music and art lessons.  He's had piano recitals and played at family gatherings.  His beautiful canvases decorate his parent's home as well as a few lucky relative's.  He attended church with his family weekly, joining various church groups even convincing my son to play a season of baseball with him.  Due to his love of sports and natural abilities, he played and starred on various sports teams, where he flourished, always being one of the top players.  He was very popular, well liked and seemed destined to go on to major leagues.  This gave Caleb's father and grandfather the ability to support and teach him as they volunteered with the teams, working as assistant coaches and unofficial team pastor.  This bonding helped build the strong family foundation they still share.  Unfortunately, due to shoulder injuries, Caleb was unable to have a career in the sports industry he had trained so hard for his entire childhood.

Even though he went off to college, joined a fraternity and got a job, he continued to come home to help his parents and work with the many foster children his parents continue to take in.  He became a role model, friend and true big brother to his adopted brother Keyon, teaching him to fish, play sports, taking him to games, the park, the beach and helping him overcome emotional battles.  Sometimes Caleb was the only one that could console Keyon, having many heart to heart talks when they were together.  They share a very strong bond and Keyon looks up to Caleb and loves him deeply.

He seemed like a well-rounded, successful and bright young man.  He was always smiling, laughing and joking around.  He was handsome, smart, popular and seemed happy.  We were not aware that even though he grew up without getting into trouble, he was actually living with an addiction.  I'm not sure where things went wrong.  I am aware that he started drinking a lot, but he was an adult and didn't seem to be getting out of control.  When I heard about what happened and the charges, I was completely blindsided.  This is not something I would ever suspect Caleb being capable of.  I have visited him since he was incarcerated but of course we were limited on what we could discuss.  He has expressed deep regret and remorse for what he did.  He knows it was wrong, is praying for forgiveness and understands he needs to take responsibility and be accountable.  He hopes that by continuing to do the right things going forward, working towards rehabilitation and earning trust back, he may be able to continue on with his life and become a valued member of society again.

I personally think that good people sometimes do wrong but are not beyond redemption. There are many types of addictions out there.  There are many reasons why people make bad decisions, getting involved in things, not realizing what it can lead to.  Caleb did not intentionally try to hurt or harm anyone.  He's never been a mean or hostile person.  He's never attacked anyone.  On the contrary, when he sees someone struggling, or having thoughts of harming themselves, he reaches out.  In particular, he helped a friend who had thoughts of hurting himself and possibly saved his life.

Our family will not desert Caleb.  We know what he did was wrong, we do not take these charges lightly and are sorry for what happened.  However, Caleb is a young man who has the ability to change, to conquer his addictions and continue on with his life.  There are 3 generations of grandparents, parents, aunts, cousins, and other family members that are willing to help with his rehabilitation.  We are offering our support and guidance to help assure that he finds his way back.  His grandparents are hopeful that

they will have the opportunity to see him, hug him and be with him again. His parents long to be able to have him back so that they can be a family again. They feel like they let him down by not realizing he had problems or seeing that he was lost. His little brother doesn't want to forget what it feels like to have a brother.

I believe that our family is strong enough to be there to make a difference in Caleb's future. He is not evil, he is not defective, he is not hateful. He is capable of being good, being kind, being loving and overcoming this. I ask that you take into consideration all the good that is in him, all the joy he can still bring to his family and what the future can hold for him. I understand he needs to have accountability for his actions, but I ask that you consider how he's led his entire life up until this time when it comes to your sentencing. Please know that he will not be alone when this is over. He will have his family that will try everything in their power to make sure that he can come back from this and be the man who we know he really is. He has a good heart and he is loved.

Sincerely,

*Crystal Widua*

Crystal Widua