To This Honorable Court,

    Caleb Belanger is my grandson and I would like to tell you about him. Caleb started playing baseball as soon as he could hold a bat. He played all through his childhood and high school which included his church teams. He stopped playing after having two shoulder surgies.

    Caleb faithfully attended church with his family. He always took part in activities at church which included singing in the choir and choose to be baptized as a young teenager.

    Caleb proved to be proficent in two talents which included painting and playing the piano. We all attended many performances in which he excelled. I also have paintings that he did especially for me. We have stayed close while he attended college and worked at the same time.

    Caleb has always been an extremely respectful and caring person while growing up and still is to this day. Our family has always been very close and Caleb is an essential member of our family

Our whole family spends vacations together, all our birthdays and holidays together.

I know Caleb is extremely remorseful for what he did. I know he is very young and redeemable to lead a good life with his family here for him.

I am asking for mercy for him.

Respectfully,
Mary Jin Belanger