May 7, 2024                 Caleb Belanger      Pg 1

Patricia Tollo
1250 Bayview Drive
Clearwater, FL 33756

To Whom it May Concern,

I am writing you today regarding Caleb Belanger.

I have lived across the street from Paul and Melissa Belanger for around 25-26 years. I have been friends and neighbors with them before they had there children.

When Paul and Melissa had gotten pregnant, I was thrilled for them when Caleb was born. I have no kids, but have twin nephews which they played together.

As I know Caleb was home schooled, then went to Largo High School and eventually college. I would always see Paul and Caleb always outside playing many different sports. Caleb loved playing baseball and always talked about being a pitcher. Then one day he hurt his arm which he expressed to me how upset he was as he didn't think he would be able to pitch any longer.

Always when speaking with Caleb, he was always respectful and a very polite boy / young MAN. We laughed and spoke everytime we were both outside, even if it was only to say hello.

I watched Caleb grow up. I still have a Christmas picture I received when Caleb was 2 years old. (See enclosed in letter) I showed Caleb that I still had this picture not too long ago and he smiled and was so surprised I still had this picture, as he didn't remember even seeing it.

As I was watching Caleb grow up, he would do some odd jobs and some yard work for me and I would pay him. As he got older, he got a job at a nursing home, then a job as a barback / bus boy, but he would always make time to come home and be with his family, and especially to spend time with his brother Keyon. I witnessed this all the time. I would let Caleb and Keyon swim in my pool, as I feel he is a very responsible and caring person. I had a yard sale at my house, and Caleb bought a new fishing pole that day, so he could bring Keyon fishing which they did quite often together.

When I last saw Caleb, before this unfortunate situation happened, Caleb

Case 8:23-cr-00453-KKM-TGW   Document 61-11   Filed 07/24/24   Page 3 of 5 PageID 245

pg 3

was at the baseball field coaching Keyon with his father Paul. My boyfriend and I surprised them at the baseball field, and Caleb was the first person that came to us, as we wanted to surprise them and cheer them on.

Caleb and his family are an AMAZING family with a heart of gold and would do anything for anyone.

I'm hoping this letter, that you can see the good in Caleb, as he is a bright and smart young MAN, that did something that was unfortunate.

With all respect I know what he did was wrong and illegal, but he is a good young man that did something stupid. I know breaking the law deserves punishment. I understand that, but leaving him sit in jail is a different lesson that's not productive. He is 24 years old which I don't feel would benefit him or anyone. There's got to be something he could be doing, some community work, helping people, speaking, and teaching others on how he got in trouble.

If there's anything in this world right now, is I ask that you give the "Idea" to give him some Rehibilitation and

be lenient on him so he has that 2nd chance to be good human being to society.

He is a very good young man and deserves a chance. If there's anything I can help to help him, please do not hesitate to contact me at anytime.

Sincerly,
Patricia Zollo

pg 4





Love,
Paul,
Melissa
& Caleb